# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 2, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139901 (13)

WAYNE F. PORTER,

     Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,

     Defendant-Appellee.

_____

SC: 139901
COA: 293349

     On order of the Chief Justice, the motion to waive fees is considered and it is DENIED for the reason that the statement of prisoner account reflects funds sufficient to pay the $375.00 filing fee.

     Within 21 days of the certification of this order, plaintiff shall pay to the Clerk of the Court the full $375.00 filing fee or his appeal will be dismissed.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 2, 2009

_____
Clerk

jm